*August 2, 2017*

2017-Ohio-7040.]

**2017–0146.   State v. Runyon.**
Butler App. No. CA2016–06–120, 2016-Ohio-8230. On appellant's motion to submit. Motion denied as moot.

**2017–0830.   State ex rel. Arnold v. Gallagher.**
Cuyahoga App. No. 105351, 2017-Ohio-4076. On appellant's motions to direct supplementation of the record. Motions denied.

*August 9, 2017*

2017-Ohio-7144.]

**2016–0094.   State ex rel. Harborside of Cleveland Ltd. Partnership v. Indus. Comm.**
Franklin App. No. 14AP–1012, 2015-Ohio-5517. On appellant's application for dismissal. Application granted. Cause dismissed.

**2017–0928.   Patterson v. Cincinnati Ins. Cos.**
Cuyahoga App. No. 104371, 2017-Ohio-2981. On appellant's application for dismissal. Application granted. Cause dismissed.